UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

| COUNTRYWIDE HOME LOANS, INC<br>Plaintiff,<br>v.<br>KENNETH SATTERFIELD<br><br>Defendant(s). | Case No. 04-Cv-1496 |
|---|---|

## ORDER

AND NOW, on this 12th Day of June, 2006, upon Plaintiff's Petition to Set Fair Market Value, it is hereby ORDERED and DECREED that Plaintiff's Petition is hereby GRANTED, and Fair Market Value for the property, 604 Tyler Drive, Stroudsburg, PA 18360 be set at $ 22,500.00.

_____ J.